LAWRENCE G. BROWN
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Room 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-01-433 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO DISMISS INFORMATION |
| v. | ) | |
| | ) | |
| NORAIR KHATCHATRIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States requests that the Court dismiss the above-referenced Information.

On September 25, 2001, a one-count Information was filed charging the defendant with health care fraud in violation of Title 18, United States Code, Section 1347. The charged scheme occurred during a time period spanning November 2000 through May 2001. While the Information was thus instituted within the applicable period of

1

limitations, it does not appear that the defendant ever entered a waiver of indictment pursuant to Rule 7(b).  It also appears that the applicable limitations period has now expired.  Based upon the foregoing, it does not appear that the government is in a position to proceed in this matter, and it is respectfully requested that the Information be dismissed.

DATED: April 24, 2009           LAWRENCE G. BROWN
                                     United States Attorney

                                 By:   /s/ Philip A. Ferrari
                                 PHILIP A. FERRARI
                                 Assistant U.S. Attorney

## **O R D E R**

For the reasons set forth above, the Information filed in case number CR S-01-433 FCD is hereby DISMISSED.

Date: April 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE